UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

|                   |     |                        |
|-------------------|-----|------------------------|
| IN RE:            | )   | CASE NO. 20-BK-50629   |
|                   | )   |                        |
| LINDA S. KRANAK   | )   | CHAPTER 7              |
|                   | )   |                        |
| Debtor            | )   | JUDGE: KOSCHIK         |

## NOTICE OF MOTION

Debtor Linda Kranak has filed papers with the court for the removal of a judicial lien filed on June 1, 2017 in Summit County Common Pleas Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**

Pursuant to Rule 9006-1(c)(ii), you have twenty-one (21) days from the date of this notice as an objection period.

If you do not want the court to grant the relief requested, or if you want the court to consider your views on the motion, then, on or before April 16, 2020, you or your attorney must:

File with the court a written objection explaining the creditor's position at:

United States Bankruptcy Court
2 South Main Street
Akron, OH 44308

If you mail your correspondence to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Attorney Mark Graziani
P.O. Box 1158
Norton, OH 44203

You must also attend the hearing to discuss this matter, as scheduled by the United States Bankruptcy Court, Northern District of Ohio.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

March 25, 2020

Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Linda Kranak