UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-BK-50629 |
| | ) | |
| LINDA S. KRANAK | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor | ) | JUDGE: KOSCHIK |

## MOTION TO AVOID JUDICIAL LIEN UNDER §522

Now come Debtor, Linda S. Kranak, who humbly objects to a judicial lien against her property and requests this Court for an Order to avoid this same lien. This lien, valued at $20,068.12, impairs her property exemptions under R.C. §2329.66. This lien stems from a money complaint filed in Summit County Common Pleas Court on June 21, 2016 and may be rightfully avoided under §522(f). A brief memorandum in support of this motion is attached.

Respectfully submitted,

Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Linda Kranak

1

## MEMORANDUM IN SUPPORT

**Relevant Facts:**

1. Linda Kranak's daughter, Kellie Kranak-Collier, was a college student for many years. According to her LinkedIn profile, she attended three different universities from 2004-2015.

2. In an effort to help her daughter, Linda Kranak co-signed student loans for her.

3. In total, there were four student loans – two with Navient and two with National Collegiate Student Loan Trust.

4. After she left college, Kellie Collier did not see the need to pay on her student loans when they became due. Rather, she burdened her mother with the responsibility.

5. On June 21, 2016, National Collegiate filed two separate lawsuits against Kellie Collier and Linda Kranak, jointly and severally, for non-payment (Summit County CV-2016-06-2771 and CV-2016-06-2775).

6. On November 8, 2016, and June 1, 2017, respectively, judgments were rendered against Linda Kranak in the amounts of $19,980.70 (2771) and $20,068.12 (2775), respectively.

7. The $19,980.70 judgment was recorded as judgment lien JL-2016-9181. Linda Kranak dutifully paid this lien off and it was released on January 23, 2017.

8. The remaining lien for $20,068.12 has not been paid. Moreover, the two remaining Navient loans are in default and will be addressed in a separate Brunner motion.

9. Linda Kranak is now 63 years old and only has her meager Social Security as a source of income. Her husband, Robert Kranak, is 78 and has terminal health issues. For the Kranaks, paying on the remaining judgment is proving to be a greater and greater hardship for the aging couple.

10. Linda Kranak now requests this court for an Order to avoid this lien under §522(f).

**Analysis:**

11. "Section 522(f) serves as but one example of Congress having exercised its power to allow the cancellation of a creditor's *in rem* interest in property by affording debtors the power to avoid judicial liens that impair otherwise valid exemptions." In Re: Jerew, No. 06-BK-33252, N.D. of Ohio (2009), at ¶20.

12. Bankruptcy Code §522(f)(1)(A) states (in part):

> [T]he debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that such lien impairs an exemption to which the debtor would have been entitled under subsection (b) of this section, if such lien is – a judicial lien … .

13. The statutory text enumerates three elements to be satisfied for a debtor to avoid a lien under this section:

> (1) it must be a judicial lien;
>
> (2) the lien must be fixed against an interest of the debtor in property; and
>
> (3) the lien must impair an exemption to which the debtor would otherwise be entitled.

McCart v. Jordana, 232 B.R. 469. 473 (10th Cir. B.A.P 1999).

14. All three elements are satisfied here:

> (1) This lien is a non-consensual, judicial lien against Linda Kranak, as shown by the Docket Entry for Summit County Common Pleas Court, CV-2016-06-2775, attached as Exhibit A.
>
> (2) The lien is fixed against the interest of Linda Kranak in her real property, which impairs her exemptions under R.C. §2923.66.
>
> (3) This judgment impairs the exemptions on her real and personal property.

15. For the above reasons, Debtor Linda Kranak humbly requests this court for an Order to avoid the National Collegiate lien from June 1, 2016 as properly avoidable under §522(f)(1).

Respectfully Submitted,

*[signature]*

Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Linda Kranak

4

# Summit County Clerk of Courts

## NATIONAL COLLEGIATE STUDENT LOAN TRUST VS KELLIE COLLIER

**Case Number:** CV-2016-06-2775   **File Date:** 06/21/2016   **Case Type:** OTHER CIVIL   **Judge:** MARY MARGARET ROWLANDS

Home

Parties | Dockets/Motions | Judges/Magistrates | Service

Printer Friendly

| Filing Date | By Attorney | Docket Text | Document |
|---|---|---|---|
| 02/20/2019 | SUMMIT COUNTY CLERK OF COURTS | PAID IN FULL (D2 ONLY) | No Image |
| 04/20/2018 | SUMMIT COUNTY CLERK OF COURTS | 2ND BILLING D1 | No Image |
| 02/20/2018 | SUMMIT COUNTY CLERK OF COURTS | **CASE COSTED THRU 6/2/17 FOR ORIGINAL COSTS. BILLED D1 & D2 $170.27 EA. HC | No Image |
| 06/02/2017 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | Regular Mail Service - Mailed LINDA KRANAK | No Image |
| 06/02/2017 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | Regular Mail Service - Mailed KELLIE COLLIER | No Image |
| 06/02/2017 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | Regular Mail Service - Mailed ERIC WASSERMAN | No Image |
| 06/01/2017 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | NOTICE ISSUED KRANAK, LINDA | View Document |
| 06/01/2017 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | NOTICE ISSUED COLLIER, KELLIE | View Document |
| 06/01/2017 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | NOTICE ISSUED WASSERMAN, ERIC | View Document |
| 06/01/2017 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | JUDGMENT GRANTED IN FAVOR OF FAVOR OF PLAINTIFF NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3 AND AGAINST DEFENDANT KELLIE COLLIER AKA KELLIE KRANAK (ONLY) IN THE SUM OF $17,556.52 PLUS ACCRUED INTEREST OF $2,511.60 FOR A TOTAL JUDGMENT IN THE AMOUNT OF $20,068.12 WITH INTEREST @3% ON $17,556.52 FROM THE DATE OF JUDGMENT PLUS COSTS. MMR | View Document |

20-50629-amk    Doc 13    FILED 03/25/20    ENTERED 03/25/20 16:23:10    Page 5 of 7

| Date | Party | Description | Document |
|---|---|---|---|
| 05/16/2017 | WASSERMAN, ERIC | AFFIDAVIT | View Document |
| 05/16/2017 | WASSERMAN, ERIC | MILITARY AFFIDAVIT | View Document |
| 05/16/2017 | WASSERMAN, ERIC | MOTION FOR DEFAULT | View Document |
| 03/13/2017 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | Regular Mail Service - Mailed LINDA KRANAK | No Image |
| 03/13/2017 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | Regular Mail Service - Mailed KELLIE COLLIER | No Image |
| 03/13/2017 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | Regular Mail Service - Mailed ERIC WASSERMAN | No Image |
| 03/13/2017 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | NOTICE ISSUED KRANAK, LINDA | View Document |
| 03/13/2017 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | NOTICE ISSUED COLLIER, KELLIE | View Document |
| 03/13/2017 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | NOTICE ISSUED WASSERMAN, ERIC | View Document |
| 03/10/2017 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IS GRANTED, AND IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT JUDGMENT IS HEREBY RENDERED IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT, LINDA KRANAK, IN THE SUM OF $17,556.52 PLUS ACCRUED INTEREST OF $2,511.60 FOR A TOTAL JUDGMENT OF $20,068.12 TOGETHER WITH INTEREST THEREAFTER AT THE RATE OF 3% ON $17,556.52 FROM THE DATE OF JUDGMENT FROM THE DATE OF JUDGMENT AND COSTS. MMR | View Document |
| 12/27/2016 | KRANAK, LINDA | LETTER FROM ANDREW KRANAK, SON OF DEFENDANT, LINDA KRANAK. | View Document |
| 12/27/2016 | KRANAK, LINDA | LETTER FROM DEFENDANT, LINDA KRANAK. | View Document |
| 12/27/2016 | KRANAK, LINDA | LETTER FROM ROBERT KRANAK, HUSBAND OF DEFENDANT, LINDA KRANAK. | View Document |
| 12/27/2016 | KRANAK, LINDA | DEFENDANT'S LINDA KRANAK ANSWER TO COMPLAINT. | View Document |
| 12/07/2016 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | COURT GRANTS PLAINTIFF LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT INSTANTER. DEFENDANT RESPONSE DUE WITHIN 30 DAYS FROM THE DATE THIS ORDER IS FILED. MMR | View Document |
| 11/02/2016 | WASSERMAN, ERIC | MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT INSTANTER | View Document |

| Date | Filer | Description | Document |
|---|---|---|---|
| 11/02/2016 | WASSERMAN, ERIC | PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT | View Document |
| 10/05/2016 | WASSERMAN, ERIC | AFFIDAVIT OF DAMAGES | View Document |
| 10/05/2016 | WASSERMAN, ERIC | MILITARY AFFIDAVIT | View Document |
| 10/05/2016 | WASSERMAN, ERIC | MOTION FOR DEFAULT | View Document |
| 09/22/2016 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | TELEPHONE STATUS CONFERENCE 11/1/2016 AT 9:00 A.M. MMR | View Document |
| 07/06/2016 | KRANAK, LINDA | DEFENDANT LINDA KRANAK'S ANSWER TO COMPLAINT. | View Document |
| 06/29/2016 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served LINDA KRANAK | No Image |
| 06/29/2016 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served KELLIE COLLIER | No Image |
| 06/21/2016 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | SUMMONS ISSUED BY CERTIFIED MAIL KRANAK, LINDA | View Document |
| 06/21/2016 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | SUMMONS ISSUED BY CERTIFIED MAIL COLLIER, KELLIE | View Document |
| 06/21/2016 | WASSERMAN, ERIC | CIVIL COMPLAINT FILED | View Document |
| 06/21/2016 | WASSERMAN, ERIC | INSTRUCTIONS TO CLERK FOR SERVICE | View Document |