This document was signed electronically on August 21, 2020, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: August 21, 2020



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-BK-50629 |
| | ) | |
| LINDA S. KRANAK | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor | ) | JUDGE: KOSCHIK |

### ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN UNDER §522

On March 25, 2020, Debtor Linda Kranak filed a Motion to Avoid Judicial Lien with a companion Notice of Motion concerning a $20,068.12 judgment lien in Summit County Common Pleas Court for case number CV 2016-06-2775.

This Court finds the creditor, National Collegiate Student Loan Trust, was properly served with the Motion and Notice of Motion with a 21-day period to object, but no objection was subsequently filed with the Court. This Court also finds that the Debtor has met her burden

in demonstrating the National Collegiate lien is available for avoidance under 11 USC §522(f)(1)(A) because it impairs her real property exemption under §2923.66.

IT IS, THEREFORE, ORDERED that the National Collegiate lien for $20,068.12, case number CV-2016-06-2775, shall be deemed avoided with respect to the Debtor's residence located at 1371 Cayuga, Akron, Ohio 44312, by operation of 11 USC §522(f)(1). The lien of the above creditor shall be deemed released upon presentation of a copy of this order and a copy of the Chapter 7 discharge.

###

SUBMITTED BY:

/s/ Mark Graziani

Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Linda Kranak

## SERVICE LIST

**Parties to be served via the Court's Electronic Case Filing System: these entities and individuals are listed on the Court's Electronic Mail Notice List:**

Marc P. Gertz
mpgertz@dayketterer.com, dmichna@dayketterer.com, mgertz@iq7technology.com

*Send via regular US mail to the following:*

Linda S. Kranak
1371 Cayuga Avenue
Akron, OH 44312

Eric Wasserman, Esq.
30455 Solon Road
Solon, OH 44139